consent that the case be placed upon the calendar of the present term and argued upon two days' notice, and pay to respondent's attorney $10 costs of this motion, in which event the clerk of this court is authorized to place the cause upon the calendar and the same may be argued upon two days' notice.

MOSLEY, Appellant, v. DEBO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by George T. Mosley against Louis Debo, impleaded, etc. No opinion. Motion to dismiss appeal granted, with $10 costs.

MURRAY, Appellant, v. CARROLL, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by Michael D. Murray against Dennis Carroll, as executor of the last will of Michael Carroll, deceased. No opinion. Judgment unanimously affirmed, with costs.

MUZZY v. GUILCK et al. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by John B. Muzzy, as receiver, etc., against Ernestus Guilck and others.
PER CURIAM. Judgment reversed, and new trial ordered, with costs to abide event, on the ground that the chief issue raised by the pleadings and litigated upon the trial was whether the conveyance and transfer attacked were fraudulent and void, and made to hinder and delay the creditors of George W. Copley, and that issue has been substantially ignored by the referee.

NAUL et al., Respondents, v. NAUL et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Eliza Walker Naul, Sarah Morgan Johnson, and Marie Louise Naul against Henry S. Naul, individually, Henry S. Naul and Joseph Lewy, as executors, etc., of Joseph Naul, deceased, and Eliza Naul, widow of Joseph Naul, deceased, respondents, and Magdalen Van Cott Naul and others, appellants. No opinion. Order granting new trial affirmed, with costs. See 66 N. Y. Supp. 447.

NEVILLE, Respondent, v. BIEHM et al., Appellants. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Ann Neville, as general guardian, against Catherine Biehm and others. H. Schmitt, for appellants. C. De H. Brower, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NICHOLS v. BACKUS. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by James E. Nichols against Charles W. Backus. No opinion. Motion denied, with $10 costs.

NICHOLSON, Respondent, v. STERNBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Herman Nicholson, by guardian, etc., against Jonathan Sternberg, impleaded, etc. No opinion. Motion granted, and this court certifies that a question of law has arisen in the case which in its opinion ought to be reviewed by the court of appeals, and therefore allows an appeal to that court. See Young v. Fox, 155 N. Y. 615, 50 N. E. 279.

O'CONNOR, Respondent, v. GREEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by George M. O'Connor against Hugh Green and others. No opinion. Motion for leave to appeal to the court of appeals denied.

PALLISER v. ERHARDT et al. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by George Palliser against Joel B. Erhardt and others. No opinion. Motion granted, without costs.

PARMENTER et al., Respondents, v. GENET, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1901.) Action by Roswell A. Parmenter and Franklin J. Parmenter against George C. Genet. No opinion. Appeal taken from the orders made on the 11th day of March, 1901, dismissed, without costs.

PARSONS, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Amelia C. Parsons against Archelaus H. Parsons.
PER CURIAM. Order modified by reducing the amount allowed for counsel fee to the sum of $150, and so much thereof as has not already been paid to be paid within 20 days after service of a copy of this order, and, as thus modified, affirmed, without costs. Order to be settled before Mr. Justice WILLIAMS upon two days' notice.

PATCHEN, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1901.) Action by Francelia O. Patchen against the president, etc., of the Delaware & Hudson Canal Company.
PER CURIAM. Order of January 12, 1901, reversed, and the motion then made is granted. Order of January 25, 1901, is affirmed. The appeal from the order dated November 14, 1900, and entered in Albany county clerk's office December 20, 1900, and from the judgment entered on the same day, dismissed. No costs in any case.

PAULSON v. NEW JERSEY & N. Y. CO. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Anthony Paulson against the New Jersey & New York Company. No opinion. Appeal dismissed, with $10 costs.

In re PEABODY. (Supreme Court, Appellate Division, Second Department. May 28, 1901.) In the matter of the application of A. Russell Peabody, an attorney and counselor of all courts of record of Tennessee, to be admitted